UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ANGEL RUIZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: 1:20-cv-2924 |
| | ) |
| PEER FOODS, INC., | ) |
| | ) |
| Defendant. | ) |

**COMPLAINT AND DEMAND FOR JURY TRIAL**

**I. NATURE OF THE CASE**

1. This is an action brought by Plaintiff, Angel Ruiz ("Ruiz"), by counsel, against Defendant, Peer Foods, Inc. ("Defendant"), alleging violations of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §2000e. *et. seq.*

**II. PARTIES**

2. Ruiz is a resident of the State of Indiana, who at all relevant times to this action resided within the geographical boundaries of the Southern District of Indiana.

3. Defendant routinely conducts business within the geographical boundaries of the Southern District of Indiana.

**III. JURISDICTION AND VENUE**

4. Jurisdiction is conferred on this Court over the subject matter of this litigation pursuant to 28 U.S.C. §1331; 28 U.S.C.§1343 and 42 U.S.C. §2000e-5(f)(3).

5. Defendant is an "employer" as that term is defined by 42 U.S.C. §2000e(b).

6. Ruiz was an "employee" as that term is defined by 42 U.S.C. §2000e(f).

7. Ruiz satisfied his obligation to exhaust his administrative remedies having timely filed a Charge of Discrimination with the U.S. Equal Employment Opportunity Commission against Defendant alleging discrimination based on race. Ruiz received his Notice of Suit Rights and timely files this action.

8. A substantial part of the events, transactions, and occurrences concerning this case arose in the geographical environs of the Southern District of Indiana; thus, venue is proper in this court.

## IV. FACTUAL ALLEGATIONS

9. Ruiz is Puerto Rican.

10. On or about April 22, 2019, Ruiz was hired by Defendant.

11. At all relevant times, Ruiz met or exceeded Defendant's legitimate performance expectations.

12. On or about September 9, 2020, an African American coworker threatened to kill Ruiz.

13. Ruiz promptly reported the coworker's threats to Stacey Keller ("Keller") in Human Resources.

14. Ruiz noted to Keller that he believed the threat was made because he is Puerto Rican.

15. Keller failed to conduct any investigation into the matter and did not take any remedial action.

16. On or about September 10, 2020, Defendant deactivated Ruiz's key card to enter Defendant's facility, stopped communicating with him, and, as a result, terminated his employment.

17. Ruiz has been damaged by Defendant's unlawful actions.

## V. CAUSES OF ACTION

### COUNT I: TITLE VII – RACE DISCRIMINATION

18. Ruiz hereby incorporates paragraphs one (1) through seventeen (17) of his Complaint.

19. Defendant violated Ruiz's rights and discriminated against him based on his race.

20. Defendant's actions were intentional, willful, and in reckless disregard of Ruiz's rights as protected by Title VII of the Civil Rights Act of 1964.

21. Ruiz has suffered damages as a result of Defendant's unlawful actions.

### COUNT II: TITLE VII – RETALIATION

22. Ruiz hereby incorporates paragraphs one (1) through twenty-one (21) of his Complaint.

23. Defendant violated Ruiz's rights by retaliating against him for making a complaint of race discrimination.

24. Defendant's actions were intentional, willful, and in reckless disregard of Ruiz's rights as protected by Title VII of the Civil Rights Act of 1964.

25. Ruiz has suffered damages as a result of Defendant's unlawful actions.

## VI. REQUESTED RELIEF

WHEREFORE, Plaintiff, Angel Ruiz, by counsel, respectfully requests that this Court find for Plaintiff and:

1. Permanently enjoins Defendant from engaging in any employment policy or practice that discriminates against any employee on the basis of his/her race;

2. Reinstate Plaintiff to the position, salary, and seniority level he would have enjoyed but for Defendant's unlawful employment actions, or award him front pay in lieu thereof;

3. Order that the Plaintiff be awarded any back pay he would have earned, including fringe benefits with related money benefits and interests thereon, absent Defendant's unlawful acts;

4. Award the Plaintiff compensatory damages, consequential damages, and lost wages and benefits in an amount sufficient to compensate Plaintiff for the damages caused by the Defendant's wrongful actions;

5. Award the Plaintiff his attorney fees, litigation expenses, and costs incurred as a result of this action;

6. Award the Plaintiff pre-and post-judgement interest on all sums recoverable; and

7. Grant such other relief as may be just and proper.

Respectfully Submitted,

BIESECKER DUTKANYCH & MACER, LLC

By: */s/ Andrew Dutkanych III*_____
Andrew Dutkanych III
411 Main Street
Evansville, Indiana 47708
Telephone: (812) 424-1000
Facsimile: (812) 424-1005
Email: ad@bdlegal.com
*Counsel for Plaintiff, Angel Ruiz*


## DEMAND FOR JURY TRIAL

Plaintiff, Angel Ruiz, by counsel, request a trial by jury on all issues deemed so triable.

Respectfully Submitted,

BIESECKER DUTKANYCH & MACER, LLC

By: */s/ Andrew Dutkanych III*_____
Andrew Dutkanych III
411 Main Street
Evansville, Indiana 47708
Telephone: (812) 424-1000
Facsimile: (812) 424-1005
Email: ad@bdlegal.com
*Counsel for Plaintiff, Angel Ruiz*