## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| ANGEL RUIZ, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:20-cv-02924-JRS-MG ) ) |
| PEER FOODS, INC., | ) ) |
| Defendant. | ) |

### ORDER OF DISMISSAL

COMES NOW, the parties and hereby stipulate to the dismissal with prejudice of Plaintiff's Complaint and the Court having examined said Stipulation and being duly advised in the premises, now GRANTS same.

It is now **ORDERED, ADJUDGED AND DECREED** that the parties' Stipulation to Dismiss is hereby granted and all claims of Plaintiff herein and this matter in its entirety be dismissed with prejudice.

SO ORDERED.

Date: 8/17/2021

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

**Distribution:**
Andrew Dutkanych, III
Biesecker Dutkanych & Macer LLC (Indianapolis)
ad@bdlegal.com

Ryan William Sullivan
Biesecker Dutkanych & Macer LLC (Indianapolis)
rsullivan@bdlegal.com

257082884v.1